**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01869-NYW

DOREL PATRICIO TEQUIDA VALENCIA,

     Petitioner,

v.

JUAN BALTASAR, Warden of the Denver Contract Detention Facility, acting in his official capacity,
GEORGE VALDEZ, Field Office Director or Acting Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, acting in her official capacity,
MARKWAYNE MULLEN, Secretary of the United States Department of Homeland Security, acting in his official capacity,
DAVID VENTURELLA, Acting U.S. Immigration and Customs Enforcement Director, in his official capacity,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Nina Y. Wang entered on May 22, 2026, [ECF No. 13] and June 10, 2026, [ECF No. 15], it is

ORDERED that the Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED in part and DENIED as moot in part. It is

FURTHER ORDERED that judgment is entered in favor of the petitioner. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1),

D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 11th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes

J. Dynes, Deputy Clerk